IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

ERIC MELENDEZ,

       Appellant,

 v.

STATE OF FLORIDA,

       Appellee.

_____/

Case No.  5D22-2667
LT Case No. 1992-CF-1831-A

Opinion filed May 19, 2023

Appeal from the Circuit Court
for Seminole County,
Donna Goerner, Judge.

Andrew B. Greenlee, of Andrew B.
Greenlee, P.A., Sanford, for
Appellant.

Eric Melendez, Lowell, pro se.

No Appearance for Appellee.

PER CURIAM.

     Due to Appellant's apparent abuse of the legal process by his abusive,

repetitive, malicious, or frivolous pro se filings attacking his judgment and

sentence in Seminole County Circuit Court Case No. 1992-CF-1831-A, this Court issued an order directing Appellant to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Appellant through counsel has stipulated to being prohibited from future filings unless represented by counsel.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Seminole County Circuit Court Case No. 1992-CF-1831-A. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case. The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2020); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

SANCTIONS IMPOSED.

LAMBERT, C.J., EDWARDS and SOUD, JJ., concur.